## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**GARY CHAMBERS**
**ADC #551596**                                                     **PLAINTIFF**

v.                          **No. 2:16-cv-121-DPM-BD**

**WENDY KELLEY, Director, Arkansas**
**Department of Correction; RAYMOND**
**NAILOR, Director, Internal Affairs-ADC;**
**GAYLON LAY, Warden, EARU; DAVID**
**MILLS, Deputy Warden, EARU Max; DEANGELO**
**EARLE, Deputy Warden, EARU; WILLIAM**
**CONNOR, Major, EARU Max; BUTLER,**
**Medical Provider, EARU; STIEVE, Medical**
**Provider, EARU; DRUMMOND, Medical**
**Provider, EARU; and L. DICKERSON, Law**
**Library Supervisor, EARU**                           **DEFENDANTS**

### ORDER

Unopposed partial recommendation, № 39, adopted. FED. R. CIV. P.

72(b)(1983 addition to advisory committee notes).  Motion for preliminary

injunctive relief, № 4, denied.  Motion to dismiss, № 19, granted in part and

denied in part:  Chambers's claims for damages against the ADC defendants

in their official capacity are dismissed with prejudice;  his claim that

Dickerson denied him access to the courts is dismissed without prejudice;

and the motion is denied without prejudice on exhaustion and failure to

investigate.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 November 2016