IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY CHAMBERS
ADC #551596                                                              PLAINTIFF

v.                       No. 2:16-cv-121-DPM-BD

WENDY KELLEY, Director, Arkansas
Department of Correction; RAYMOND
NAILOR, Director, Internal Affairs-ADC;
GAYLON LAY, Warden, EARU; DAVID
MILLS, Deputy Warden, EARU Max; DEANGELO
EARLE, Deputy Warden, EARU; WILLIAM
CONNOR, Major, EARU Max; BUTLER,
Medical Provider, EARU; STIEVE, Medical
Provider, EARU; DRUMMOND, Medical
Provider, EARU; and L. DICKERSON, Law
Library Supervisor, EARU                                                 DEFENDANTS

ORDER

Unopposed partial recommendation, № 50, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Chambers's motion for a temporary restraining order, № 49, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 November 2016