IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY CHAMBERS
ADC #551596                                                              PLAINTIFF

v.                         No. 2:16-cv-121-DPM-BD

WENDY KELLEY, Director, Arkansas
Department of Correction; RAYMOND
NAYLOR, Director, Internal Affairs-ADC;
GAYLON LAY, Warden, EARU; DAVID
MILLS, Deputy Warden, EARU Max; DEANGELO
EARLE, Deputy Warden, EARU; WILLIAM
CONNOR, Major, EARU Max; BUTLER,
Medical Provider, EARU; STIEVE, Medical
Provider, EARU; and DRUMMOND, Medical
Provider, EARU                                                          DEFENDANTS

ORDER

1. On *de novo* review, the Court adopts Magistrate Judge Deere's partial recommendation, № 84, and overrules Chambers's objections, № 101. FED. R. CIV. P. 72(b)(3). ADC Defendants' motion for summary judgment, № 56, granted. Chambers's claims against Kelley, Naylor, Lay, and Earle are dismissed without prejudice for failure to exhaust.

2. Unopposed partial recommendation, № 102, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Mills's motion for

summary judgment, № 89, is granted. The claims against Mills are also dismissed without prejudice for failure to exhaust.

    So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 February 2017