# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

GARY CHAMBERS
ADC #551596                                                                              PLAINTIFF

V.                          CASE NO. 2:16CV00121 DPM/BD

WENDY KELLEY, et al.                                                                 DEFENDANTS

## RECOMMENDED DISPOSITION

I.   **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge D.P. Marshall Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. To be considered, objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

II.  **Discussion:**

Plaintiff Gary Chambers is an Arkansas Department of Corrections ("ADC") inmate. Mr. Chambers filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to a current address. Local Rule 5.5.

On March 7, 2017, Mr. Chambers was given thirty days to notify the Court of his new address after mail sent to him from the court was returned as undeliverable. (#120) In that order, the Court specifically cautioned Mr. Chambers that his claims could be dismissed if he failed to provide his updated address. To date, Mr. Chambers has failed to comply with the order to provide his current address, and the time for doing so has passed.

**III. Conclusion:**

The Court recommends that Mr. Chambers' claims be DISMISSED, without prejudice, based on his failure to comply with the Court's March 7, 2017 Order.

IT IS SO ORDERED this 12th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE