# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

GARY CHAMBERS
ADC #551596                                                    PLAINTIFF

v.                        No. 2:16-cv-121-DPM

WILLIAM CONNOR, Major, EARU
Max; BUTLER, Medical Provider,
EARU; STIEVE, Medical Provider,
EARU; and DRUMMOND, Medical
Provider, EARU                                                 DEFENDANTS

## ORDER

Unopposed recommendation, № 122, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Chambers hasn't kept his address current. And his mail is still being returned. № 123 All remaining claims will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2017