IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY CHAMBERS
ADC #551596                                                              PLAINTIFF

v.                          No. 2:16-cv-121-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction; RAYMOND
NAILOR, Director, Internal Affairs-ADC;
GAYLON LAY, Warden, EARU; DAVID
MILLS, Deputy Warden, EARU Max; DEANGELO
EARLE, Deputy Warden, EARU; WILLIAM
CONNOR, Major, EARU Max; BUTLER,
Medical Provider, EARU; STIEVE, Medical
Provider, EARU; DRUMMOND, Medical
Provider, EARU; and L. DICKERSON, Law
Library Supervisor, EARU                                                  DEFENDANTS

## JUDGMENT

The case is dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

16 May 2017