IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GARY CHAMBERS
ADC #551596                                                              PLAINTIFF

v.                      No. 2:16-cv-121-DPM

WILLIAM CONNOR, Major, EARU
Max; BUTLER, Medical Provider,
EARU; STIEVE, Medical Provider,
EARU; and DRUMMOND, Medical
Provider, EARU                                                           DEFENDANTS

## ORDER

As requested, Chambers has slightly narrowed the list of copies he needs. № 139. He says he needs these papers for his appeal; but the appeal has since been dismissed. № 137 & № 138. His motion, № 139, is therefore denied without prejudice. The record in this case is voluminous. If Chambers needs some of these documents for another purpose, though, then he may renew his motion with a more targeted request and an explanation of why he needs certain papers.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 August 2018