# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

GARY CHAMBERS
ADC #551596     PLAINTIFF

v.     No. 2:16-cv-121-DPM

WILLIAM CONNOR, Major, EARU
Max; BUTLER, Medical Provider,
EARU; STIEVE, Medical Provider,
EARU; and DRUMMOND, Medical
Provider, EARU     DEFENDANTS

## ORDER

Motion, № 141, denied. Chambers hasn't made the showing required to reopen the time for filing a notice of appeal. FED. R. APP. P. 4(a)(6). And nothing in his new paper warrants relief from the Judgment. FED. R. CIV. P. 60(b).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 September 2018